APRIL 30, 2012

No. 10–1553. BEARD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Reported below: 633 F. 3d 616;

No. 11–163. GRAPEVINE IMPORTS, LTD., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Reported below: 636 F. 3d 1368; and

No. 11–582. SALMAN RANCH, LTD., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Reported below: 647 F. 3d 929. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v.

*Home Concrete & Supply, LLC, ante,* p. 478. JUSTICE KAGAN took no part in the consideration or decision of these petitions.